IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:24-cv-01125-STV

STATE FARM FIRE AND CASUALTY COMPANY,

       Plaintiff,

v.

WIN HEALTH INSTITUTE, LLC;
DAVID JENSEN; NATHANIEL GORDON;
and TRISHA MARKKULA,

       Defendants.

**DISCLOSURE STATEMENT PURSUANT TO**
**Fed. R. Civ. P. 7.1(a)(2)**

       Defendant, Trisha Markkula, by and through undersigned counsel, files this disclosure statement with the clerk as required by Federal Rule of Civil Procedure 7.1, and in support thereof, Defendant certifies the following:

       1.    Trisha Markkula is an individual and a citizen of the state of Utah with her place of residence at 1345 E. Cobble Creek Road, Apt. 19E, Salt Lake City, UT 84117.

       2.    Trisha Markkula acknowledges a continuing obligation to "promptly file a supplement if any required information changes." Fed. R. Civ. P. 7.1(b)(2).

       Dated: July 31, 2024

Respectfully submitted,

**WAHLBERG, WOODRUFF, NIMMO & SLOANE, LLP**

s/ Charles Mendez
Michael Nimmo, #36947
Charles Mendez, #47467
4601 DTC Boulevard, Suite 950
Denver, CO 80237
Phone: (303) 571-5302
Email: Michael@denvertriallawyers.com
Email: Charles@denvertriallawyers.com
*Co-Counsel for Defendant Trisha Markkula*

**LEVIN SITCOFF PC**

s/ Bradley Levin
Bradley A. Levin
455 N. Sherman Street, Ste. 490
Denver, Colorado 80203
Telephone: (303) 575-9390
Fax: (303) 575-9385
Email: brad@lsw-legal.com
*Co-Counsel for Defendant Trisha Markkula*

2

## CERTIFICATE OF SERVICE

   I hereby certify that on this 31st day of July 2024 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Kelly L. Kafer, Esq.
Jeremy R. Speckhals, Esq.
Rider Kafer, P.C.
1512 Larimer Street, Suite 450
Denver, CO 80202
Phone: 303-623-1832
Fax: 303-623-1833
Email: kkafer@riderkafer.com
Email: jspeckhals@riderkafer.com
*Counsel for State Farm Fire and Casualty Company*

               */s/ Charles Mendez*
               Charles Mendez, Esq.

3